**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**

**UNITED STATES OF AMERICA**
        **Plaintiff,**

  v.                                                       Case No. 13-CR-237

**ROBERT WILSON**
        **Defendant.**

## **ORDER**

**IT IS ORDERED** that defense counsel's request to withdraw is **GRANTED**, and that new counsel be appointed. The clerk will send a copy of this order to Federal Defender Services.

**IT IS FURTHER ORDERED** that the final pre-trial set for Thursday, January 30, 2014, at 11:30 a.m., is converted to **STATUS.**

Dated at Milwaukee, Wisconsin, this 14th day of January, 2014.

                                              /s Lynn Adelman
                                              _____
                                              LYNN ADELMAN
                                              District Judge